# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA M. PERALES, an individual, on behalf of herself and others similarly situated<br><br>PLAINTIFF,<br><br>v.<br><br>MASTERCORP, INC.; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | CASE NO.: 2:21-cv-9232-DSF-E<br><br>**ORDER** |

.

# **ORDER OF DISMISSAL**

Pursuant to Plaintiff SAMANTHA M. PERALES and Defendant MASTERCORP, INC. request for Voluntary Dismissal under Federal Rules of Civil Procedure 23(e) and 41(a)(1), it is ordered that this action be, and hereby is, dismissed without prejudice as to Plaintiff's individual claims against Defendant MASTERCORP, INC. and without prejudice as to the putative class as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: January 3, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE